UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN E. VILLEGAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-343 |
| | § | |
| MICHAEL B. SCHMIDT, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO RECONSIDER

Before the Court is Defendant's Motion to Reconsider and Amend Order Granting Admission *Pro Hac Vice* to Mark Cantu (D.E. 9). The Motion is GRANTED. The Order for Admission *Pro Hac Vice* dated November 1, 2013 (D.E. 4) is VACATED. The attorneys and parties (including Plaintiff John E. Villegas, a representative of Plaintiffs BFG Investments LLC and BFG Development Inc., and Defendant Michael B. Schmidt) are ordered to appear for an evidentiary hearing on the Motion for Admission *Pro Hac Vice* (D.E. 2) on **December 20, 2013 at 11:00 a.m.**

Mark Cantu is ORDERED to produce at the hearing documents disposing of disciplinary actions and any complaints regarding disciplinary matters that are pending.

ORDERED this 10th day of December, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE